NEW YORK DUGAN BROTHERS, INC., Appellant, v. TOWN OF HEMPSTEAD, A. HOLLY PATTERSON and FRANKLIN C. GILBERT, Respectively the Presiding Supervisor and Town Clerk of the Town of Hemsptead, and ABRAM S. SKIDMORE, Commissioner of Police of Nassau County, Respondents.— Order denying motion

by the plaintiff for judgment on the pleadings upon the ground that the answer of the defendants is insufficient as a matter of law affirmed, with ten dollars costs and disbursements. Whether the terms of the ordinance are unreasonable or not depends upon the facts to be found upon the trial. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.